U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT 3 0 2025
FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

JADE MCCLAREN and
TYREEK FOSTER,

Defendants.

SEALED INDICTMENT

Case No. 25 CR 109 WMC
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2

THE GRAND JURY CHARGES:

COUNT 1

On or about July 2, 2025, in the Western District of Wisconsin, the defendant,

JADE MCCLAREN,

in connection with the acquisition of a firearm, Taurus G3C 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that the defendant was the actual buyer of the firearm indicated on ATF Form 4473 (Taurus G3C 9mm handgun) when in fact the defendant then knew, the defendant was not the actual buyer of the firearm and was attempting to purchase the firearm for another individual.

(In violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).)

COUNT 2

On or about July 2, 2025, in the Western District of Wisconsin, the defendant,

TYREEK FOSTER,

in connection with the acquisition of a firearm, Taurus G3C 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant aided and abetted JADE MCCLAREN who falsely stated that she was the actual buyer of the firearm indicated on ATF Form 4473 (Taurus G3C 9mm handgun) when in fact the defendant then knew that MCCLAREN was not the actual buyer of the firearm and was attempting to purchase the firearm for another individual.

(In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 10-30-2025

CHADWICK M. ELGERSMA
Acting United States Attorney